IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF SALEM, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br>114 North Broad Street<br>City of Salem, Virginia 24153<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>Attorney General of the<br>United States of America;<br>WAN J. KIM,<br>Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br><br><br><br><br>Three-Judge Court Requested |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONVENE THREE-JUDGE COURT

This memorandum is respectfully submitted in support of the foregoing Motion to convene a three-judge court.

ARGUMENT

Plaintiff City of Salem, Virginia, ("the City") has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b.  Plaintiff's action seeks a declaratory judgment from this Court granting the City an exemption from the special remedial provisions of the Voting Rights Act.

A three-judge court is required under Section 4 of the Voting Rights Act:  "A district court of three-judges shall be convened to hear and determine the action."  See 42 U.S.C. §1973b.

In other cases recently brought before this Court by jurisdictions under Section 4 of the Voting Rights Act, orders have been entered granting motions to convene three-judge courts, and requesting the convening of a three-judge court. In such cases, three-judge courts have been convened to hear and determine the action. See, *e.g.*, *City of Fairfax, Virginia, v. Reno*, No. 97-2212 (D.D.C., Order entered October 1, 1997); *Frederick County, Virginia v. Reno*, No. 99-0941 (D.D.C., Order entered May 10, 1999); *Roanoke County, Virginia v. Reno*, No. 00-1949 (D.D.C., Order entered October 26, 2000) and *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C., Order entered February 5, 2001); *Augusta County, Virginia v. Gonzales*, No. 05-1885 (D.D.C., Order entered October 7, 2005).

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully urges this Court to grant the motion to convene a three-judge court. A proposed order is enclosed herewith.

**For the Plaintiff CITY OF SALEM:**

/s/ J. Gerald Hebert
J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676
Email: jghebert@comcast.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of May, 2006, I served a copy of the foregoing Motion to Convene a Three-Judge Court, Memorandum in Support thereof, Proposed Order, and a copy of the Complaint, on the following counsel by placing a copy in the United States mail, first-class, postage prepaid:

                CHRISTY McCORMICK
                Attorneys, Voting Section
                Civil Rights Division
                United States Department of Justice
                Room 7254 - NWB
                950 Pennsylvania Ave., N.W.
                Washington, DC 20530

                <u>/s/ J. Gerald Hebert</u>
                J. GERALD HEBERT