IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF SALEM, VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALBERTO R. GONZALES, ) | |
| Attorney General of the ) | Civil Action No. |
| United States of America; ) | |
| WAN J. KIM, ) | |
| Assistant Attorney General, ) | |
| Civil Rights Division, United States ) | |
| Department of Justice, Washington, DC, ) | Three-Judge Court Requested |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act.  According to the motion, the defendants do not oppose the convening of a three-judge court.  It appearing that the motion is well taken, it is this _____ day of May, 2006:

**ORDERED** that plaintiff's motion [#2] is **granted**.  And it is

**FURTHER ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE