## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **CITY OF SALEM, VIRGINIA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ALBERTO R. GONZALES, et al.,**<br><br>**Defendants.** |

**Civil Action 06-00977 (HHK)**

### O R D E R

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2].  According to the motion, the defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 31st day of May, 2006, hereby

**ORDERED** that plaintiff's motion [#2] is **GRANTED**. and it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

Henry H. Kennedy, Jr.
United States District Judge