# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 420
September Term, 2005
06cv0977

United States Court of Appeals
For the District of Columbia Circuit

**FILED** JUN 0 1 2006

City of Salem, Virginia,

    Plaintiff,

v.

Alberto R. Gonzales, et al.,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Henry H. Kennedy, Jr., United States District Judge, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Brett M. Kavanaugh, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Richard J. Leon, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Henry H. Kennedy, United States District Judge, as members of the court to hear and determine this case. Judge Kavanaugh will preside.

_____
Douglas H. Ginsburg
Chief Judge

Date: 06-01-06