IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF SALEM, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br>114 North Broad Street<br>City of Salem, Virginia 24153<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>Attorney General of the<br>United States of America;<br>WAN G. KIM<br>Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:06-cv-977<br>(BMK, RJL, HHK)<br>Three-Judge Court |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

The plaintiff City of Salem, Virginia, and the Defendants Alberto R. Gonzales and Wan G. Kim, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree. As grounds for this motion, the parties would show unto this Court the following:

1. This is an action in which the City of Salem seeks a bailout from coverage under Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b.

2. The defendants have consented to the requested bailout and the proposed Consent Judgment and Decree would grant a bailout to the City of Salem.

3. The proposed Consent Judgment and Decree is quite similar to those that have been entered by other three-judge courts in declaratory judgment actions brought

under Section 4 of the Voting Rights Act, as amended, 42 U.S.C. §1973b. See, e.g., *City of Fairfax, v. Reno*, C.A. No. 97-2212 (D.D.C. October 21, 1997); *Roanoke County, VA v. Reno*, C.A. No. 00-1949 (D.D.C. January 24, 2001); *City of Winchester, VA v. Ashcroft*, C.A. No. 00-3073 (D.D.C. May 31, 2001); *City of Harrisonburg v. Ashcroft*, C.A. No. 1:02CV00289 (D.D.C. April 17, 2002). *Greene County v. Ashcroft*, C.A. No. 03-1877 (D.D.C. Jan. 19, 2004); and *Augusta County, VA v. Gonzales*, C.A. No. 05-1885 (D.D.C. 2005). As in those actions, this motion is based on the Stipulation of Facts which is being filed simultaneously herewith.

WHEREFORE, Plaintiff and Defendants respectfully pray that this joint motion be granted.

Respectfully submitted,

For Plaintiff City of Salem, Virginia

J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676

For the Defendants:

ALBERTO R. GONZALES and
WAN J. KIM:

KENNETH L. WAINSTEIN
United States Attorney

JOHN K. TANNER
CHRISTY A. McCORMICK
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-2386